IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DIANE WALSH,

      Plaintiff,

v.                                                                                          CV 14-590 WPL

CAROLYN W. COLVIN, *Acting Commissioner of the Social Security Administration*,

      Defendant.

## ORDER

This matter is before the Court on Plaintiff's motion for an award of attorney fees under the Equal Access to Justice Act. (Doc. 34.) The parties have agreed to a reduced award of $5,800.00. (Doc. 35.) Having reviewed the motion, the parties' agreement, and the record, I find that an award of fees is appropriate and that the amount of fees agreed upon is reasonable.

IT IS THEREFORE ORDERED THAT the motion is GRANTED IN PART, pursuant to the parties' agreement, and Plaintiff is awarded $5,800 in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). *See Astrue v. Ratliff*, 560 U.S. 586, 591-93 (2010) (EAJA fees are paid to the prevailing party, not the attorney).

IT IS FURTHER ORDERED THAT, if Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

                                                                         William P. Lynch
                                                                         United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.